The People of the State of New York, Respondent, v. James R. O. (Anonymous), Appellant.—

Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.